AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____    _____
  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT TO SUMMONS OF DEFENDANTS

Meta Platforms, Inc.
[MetaNoticeofService@cov.com](MetaNoticeofService@cov.com)

Instagram, LLC
[MetaNoticeofService@cov.com](MetaNoticeofService@cov.com)

Facebook Payments, Inc.
[MetaNoticeofService@cov.com](MetaNoticeofService@cov.com)

Siculus, Inc.
[MetaNoticeofService@cov.com](MetaNoticeofService@cov.com)

Facebook Operations, LLC
[MetaNoticeofService@cov.com](MetaNoticeofService@cov.com)

Facebook Holdings, LLC
[MetaNoticeofService@cov.com](MetaNoticeofService@cov.com)

Meta Payments, Inc.
[MetaNoticeofService@cov.com](MetaNoticeofService@cov.com)

Bytedance Ltd
[TikTokSOP@kslaw.com](TikTokSOP@kslaw.com)

Bytedance Inc.
[TikTokSOP@kslaw.com](TikTokSOP@kslaw.com)

TikTok LTD
[TikTokSOP@kslaw.com](TikTokSOP@kslaw.com)

TikTok LLC
[TikTokSOP@kslaw.com](TikTokSOP@kslaw.com)

TikTok, Inc.
[TikTokSOP@kslaw.com](TikTokSOP@kslaw.com)

Snap, Inc.
[SnapNoticeofService@mto.com](SnapNoticeofService@mto.com)

Google, LLC
[SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM](SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM)

YouTube, LLC
[SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM](SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM)